## PLATEN, relator, vs. ADAMS, judge.

1. When a *mandamus nisi* has been issued to a judge of the superior court, requiring him to show cause why he should not sign a bill of exceptions, and in answer thereto he states that he has no evidence of the truth of the statement of facts contained in the bill of exceptions, and no proceedings have taken place before him by which he could verify them, the rule will be discharged.
2. Such an answer cannot be traversed. Code, §4258.
   Rule discharged.

   January 8, 1884.

JACKSON, Chief Justice.

[The bill of exceptions tendered to the judge recited transactions and litigation, covering a number of years, much of which was prior to the term of the judge then presiding, though the final order excepted to was made by him. On the return of the answer of the judge, the relator moved to be allowed to traverse it, but this was refused.]